UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                CASE NO.: 8:14-cv-1572-T-23TBM

JOHN DOE, et al.,

    Defendants.
_____/

**ORDER**

On June 27, 2014, the plaintiff sued (Doc. 1) the defendants. Rule 4(m), Federal Rules of Civil Procedure, allows the plaintiff 120 days from the filing of the complaint to serve the defendants. The time for the plaintiff to serve the defendants expired on October 25, 2014. An August 15, 2014 order (Doc. 6) grants the plaintiff's motion (Doc. 4) "for leave to serve a third[-]party subpoena [on Verizon FiOS] prior to a Rule 26(f) conference." On October 27, 2014, the plaintiff moved (Doc. 7) for an extension of time to serve John Doe.

Under Rule 4(m), an extension is granted only if the plaintiff can "show good cause for the failure" to serve. The plaintiff's motion fails to show good cause. For example, the plaintiff states, "Plaintiff issued [a] subpoena on August 15, 2014[] and received [Verizon FiOS]'s response on October 7, 2014." (Doc. 7 at 1) However, the

plaintiff fails to explain why Verizon FiOS waited fifty-three days to respond to the subpoena.  Also, the motion states, "On October 14, 2014, Plaintiff notified the Doe Defendant of its intent to name and serve him or her." (Doc. 7 at 2)  The plaintiff fails to account for the thirteen-day delay in notice to the defendant.

Although the plaintiff fails to "show good cause for the failure," "Rule 4(m) requires that, before the court may dismiss for failure to serve, the plaintiff must be given notice of the possibility of dismissal and afforded an opportunity to show good cause for the failure to serve." *Moore's Federal Practice*, Vol. 1, § 48.1[2] (3d ed. 2013). By **NOVEMBER 10, 2014**, the plaintiff must show cause why this action should not be dismissed.  In the response, the plaintiff must account for all 120 days.

ORDERED in Tampa, Florida, on November 3, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE