

October 13, 2014

**Via USPS Regular and Registered Mail**
*Return Receipt #* 7013 2630 0002 1455 7590

Richard Lawler
1310 84th Street NW
Bradenton, FL 34209

RE: **Malibu Media v. John Doe subscriber assigned IP address 71.98.190.250**
   **Case No.: 8:14-cv-01572-SDM-TBM**

Dear Mr. Lawler:

Please be advised that we represent the Plaintiff in the above referenced matter. We are contacting you pursuant to Court order. Please consider this letter notice that my client, Malibu Media, LLC, currently intends to amend its complaint and serve you, no sooner than fourteen (14) calendar days from today in case number **8:14-cv-01572-SDM-TBM** in the Middle District of Florida. Within ten (10) calendar days of the receipt of this letter, we would welcome any exculpatory evidence. We allege you are the infringer. If you did not personally download the works, please tell us who did.

You have the right to obtain legal counsel, and if you do retain counsel, please have your counsel immediately notify us of representation. If you chose to contact us directly please be aware that anything said or provided by you can and likely will be used against you in this proceeding. If you do not want us to contact you, you may email copyright@lebfirm.com stating "please do not contact me again" but please be aware that we may still proceed in this action against you.

Very truly yours,

LIPSCOMB, EISENBERG & BAKER, PL

By: *M. Keith Lipscomb*
   M. Keith Lipscomb, Esq.

EXHIBIT "B"

, Florida 33131   T 786.431.2228   F 786.431.2229   www.lbefirm.com
Intellectual Property Litigation

LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131

Richard Lawler
1310 84th Street NW
Bradenton, FL 34209



7013 2630 0002 3455 7590

Richard Lawler
1310 84th Street NW
Bradenton, FL 34209

LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Lawler
1310 84th Street NW
Bradenton, FL 34209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail®         ☐ Priority Mail Express™
   ☐ Registered              ☐ Return Receipt for Merchandise
   ☐ Insured Mail            ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7013 2630 0002 1455 7590

PS Form 3811, July 2013     Domestic Return Receipt